Case Name: STEPHENS, WILLIAM M.
Case No:    08-70956

## **CERTIFICATION OF REVIEW**

  The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: November 18, 2008   WILLIAM T. NEARY
              United States Trustee, Region 11


           BY: */s/ Carole J. Ryczek*
              CAROLE J. RYCZEK
              Attorney for the U.S. Trustee