IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

| | |
|---|---|
| IN RE:<br>STEPHENS, WILLIAM M<br><br>Debtor(s)<br><br>Social Security/Employer Tax ID Number: xxx-xx-7605 | CHAPTER 7 -- Liquidation<br><br>CASE NO. 08-70956 MB<br><br>HONORABLE MANUEL BARBOSA |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At: U.S. BANKRUPTCY COURT
    211 South Court Street, Room 220
    Rockford, IL 61101

    on: **DECEMBER 10, 2008**
    at: **9:30 a.m.**

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ 0.00 | | 24.99 |
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ 0.00 | 1,775.00 | |
| BERNARD J. NATALE<br>Trustee | $ 0.00 | 2,108.12 | |

4. The Trustee's Final Report shows total:

    a. Receipts                                $ 13,581.18

    b. Disbursements                           $      0.00

    c. Net Cash Available for Distribution     $ 13,581.18

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the

amounts requested, this leaves the total amount of $9,673.07, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $49,685.95, resulting in an approximate distribution of 19.47% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: November 18, 2008                For the Court,

                                       By: /s/ BERNARD J NATALE

                                           Trustee

Case 08-70956   Doc 41   Filed 11/19/08   Entered 11/22/08 01:31:13   Desc Imaged
                          Certificate of Service      Page 3 of 4

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cbachman              Page 1 of 2                  Date Rcvd: Nov 19, 2008
Case: 08-70956                 Form ID: pdf002             Total Served: 30

The following entities were served by first class mail on Nov 21, 2008.
db           +William M Stephens,   1705 N. Ryan Street,    Mchenry, IL 60050-3957
aty          +Erick J Bohlman,   Bohlman Law Offices, PC,    111 South Virginia Street,
               Crystal Lake, IL 60014-5853
tr           +Bernard J Natale,   Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
12369571     +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12095857     +Chase,   201 N. Central Ave Floor 11,   Phoenix, AZ 85004-0073
12095859     +Chase,   Attn: Bankruptcy Dept,   Po Box 100018,    Kennesaw, GA 30156-9204
12095858     +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
12095860     +Citibank Usa,   Attn.: Centralized Bankruptcy,    Po Box 20507,   Kansas City, MO 64195-0507
12262366     +Dex,   8519 Innovation Way,   Chicago, Il 60682-0085
12262365     +DiMonte & Lizak,   216 W Higgins Road,   Park Ridge, Il 60068-5706
12398751     +EMC Mortgage Corporation,   Attn Bankruptcy Dept,    PO Box 293150,   Lewisville, TX 75029-3150
12095862     +Emc Mortgage,   Attention: Bankruptcy Clerk,    Po Box 293150,   Lewisville, TX 75029-3150
12095863    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court:  Fifth Third Bank,    5050 Kingsley Dr,   Cincinnati, OH 45263)
12095864     +Fifth Third Bank,   C/O Bankruptcy Dept, Mdropso5,    1850 East Paris,
               Grand Rapids, MI 49546-6210
12334771     +Fifth Third Bank,   Attn: Bankruptcy Department/MD#ROPS05,    1850 E Paris SE,
               Grand Rapids MI 49546-6210
12262367    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:  Illinois Dept of Revenue,    Bankruptcy Section  Level 7-400,
               100 W Randolph St,   Chicago, Il 60601)
12831991    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,    POB 21126,   Philadelphia, PA 19114)
12395561      LaSalle Bank National Association,    EMC Mortgage Corp,   ATTN: Bankruptcy Department,
               P.O. Box 293150,   Lewisville, TX 75029-3150
12095866     +Massachusetts Mutual Life Insurance,    1295 State Street,   Springfield, MA 01111-0002
12095867     +Radio Shack/cbusa,   Attn.: Centralized Bankruptcy,    Po Box 20507,   Kansas City, MO 64195-0507
12599587     +Sallie Mae,   c/o Sallie Mae Inc,   220 Lasley Ave,    Wilkes-Barre, Pa 18706-1496
12095869     +Sallie Mae 3rd Pty Lsc,   Attn: Claims Dept,    Po Box 9400,   Wilkes Barre, PA 18773-9400
The following entities were served by electronic transmission on Nov 20, 2008.
12641014     +E-mail/PDF: rmscedi@recoverycorp.com Nov 20 2008 02:03:21      Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12339643      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 20 2008 02:05:01
               Discover Bank/DFS Services LLC,   PO Box 3025,    New Albany OH 43054-3025
12095861     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 20 2008 02:05:01      Discover Financial,
               Attention: Bankruptcy Department,   Po Box 3025,    New Albany, OH 43054-3025
12320147     +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2008 02:01:07      GE Money Bank / Empire/GEMB,
               GE consumer Finance,   PO Box 960061,   Orlando FL 32896-0061
12095865     +E-mail/PDF: gecsedi@recoverycorp.com Nov 20 2008 02:01:12      GEMB / HH Gregg,
               Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
12145683     +E-mail/PDF: rmscedi@recoverycorp.com Nov 20 2008 02:03:21      Recovery Management Systems Corp,
               Attn Ramesh Singh,   25 SE 2nd Ave  Ste 1120,   Miami, FL 33131-1605
12641015      E-mail/PDF: rmscedi@recoverycorp.com Nov 20 2008 02:03:20
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12095868     +E-mail/Text: resurgentbknotifications@resurgent.com
               Resurgent Capital Service/Sherman Acquis,    Attention: Bankruptcy Department,   Po Box 10587,
               Greenville, SC 29603-0587
                                                                                              TOTAL: 8
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,   Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
                                                                                              TOTALS: 0, * 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: cbachman         Page 2 of 2              Date Rcvd: Nov 19, 2008
Case: 08-70956                Form ID: pdf002        Total Served: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 21, 2008**                    **Signature:**       *Joseph Speetjens*